# EXHIBIT A

| No | IP | Port | Client | Hit Date UTC | File Name | File Hash | ISP | City | Province | Captures | X-Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 104.246.33.250 | 17478 | μTorrent 3.4.7 | 2016-07-15 11:50:41 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | Optimum Online | Brooklyn | Kings | 55 | 247 |
| 2 | 24.190.46.56 | 60757 | μTorrent 3.4.6 | 2016-07-16 09:53:47 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | Optimum Online | Mastic Beach | Suffolk | 28 | 230 |
| 3 | 69.120.152.179 | 50322 | [unknown Client] | 2016-07-15 19:14:53 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | Optimum Online | Hicksville | Nassau | 170 | 96 |
| 4 | 74.90.78.14 | 25023 | [unknown Client] | 2016-07-14 09:04:44 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | Optimum Online | Glen Cove | Nassau | 26 | 104 |
| | | | | | | | | | TOTALS | 279 | 677 |