**EXHIBIT B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-982-831**

Effective Date of Registration:
March 14, 2016

## Title

| | |
|---|---|
| Title of Work: | London Has Fallen |
| Previous or Alternate Title: | Olympus Has Fallen Sequel |
| Nature of Claim: | original motion picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | March 04, 2016 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | LHF Productions, Inc. |
| Author Created: | entire film |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | LHF Productions, Inc.<br>318 N. Carson St., # 208, Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | motion picture screenplay |
| Previously registered: | Yes |
| Previous registration and year: | PAu 3-789-521, 2014 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | cinematographic material including performance, and all audio and visual elements |

## Certification

| | |
|---|---|
| Name: | Rick Eyler |

Date: March 04, 2016

Correspondence: Yes